UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| **CHEMSTATION INTERNATIONAL INC.** | : | Case No. 3:08-cv-00478-WHR |
| | : | |
| Plaintiff, | : | Judge Rice |
| | : | |
| v. | : | **JOINT MOTION FOR DISMISSAL** |
| | : | **AND TERMINATION ENTRY** |
| **TDMC ENTERPRISES, INC.** *et al.* | : | |
| | : | |
| Defendants. | : | |

Plaintiff ChemStation International Inc. and Defendants TDMC Enterprises, Inc., Charles

E. Smith and Douglas O. Smith have reached a confidential settlement agreement.  Pursuant to

that agreement and to Fed. R. Civ. P. 41(a)(2), the parties request this Court to enter an order

making permanent the Consent Agreement of January 6, 2009 (Doc. 6), retaining jurisdiction

over the Consent Agreement and the settlement agreement between the parties, and dismissing

the action as to all parties WITH PREJUDICE.

| | |
|---|---|
| /s/Victoria L. Nilles | /s/Paul A. Dietrick |
| Christine M. Haaker  (#0063225) | Paul A. Dietrick (GA# 221725) |
| Christine.Haaker@ThompsonHine.com | pad@desw.com |
| Victoria L. Nilles (#0076616) | DIETRICK, EVANS, SCHOLZ & |
| Victoria.Nilles@ThompsonHine.com | WILLIAMS, LLC |
| THOMPSON HINE LLP | One Securities Centre, Suite 1200 |
| 2000 Courthouse Plaza, N.E. | Atlanta, Georgia 30305 |
| P.O. Box 8801 | |
| Dayton, Ohio  45401-8801 | David Julian Smith (#0081227) |
| | dsmith@wrightandvannoy.com |
| Attorneys for Plaintiff | WRIGHT & VANNOY, LPA, INC. |
| ChemStation International Inc. | 130 West Second Street |
| | Suite 1600 |
| | Dayton , OH 45402 |
| | |
| | Attorneys for Defendants TDMC Enterprises, |
| | Inc., Charles E. Smith, and Douglas O. Smith |